#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO.  19-719** |
| | : | |
| **SANTIAGO JEREZ** | : | |

## ORDER

AND NOW, this 30th day of April 2020, upon considering the Defendant's Motion to suppress (ECF Doc. No. 29), the United States' Opposition (ECF Doc. No. 30), supplemental production of impounded investigative documents with counsel's consent, the Defendant and the United States waiving an evidentiary hearing, and for reasons in the accompanying Memorandum, it is **ORDERED** the Defendant's Motion to suppress (ECF Doc. No. 29) is **DENIED**.

**KEARNEY, J.**